UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAM PIKE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-301 (KBJ) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and this Court's inherent authority to schedule proceedings before it, the parties hereby jointly move for entry of the schedule proposed below for the parties to file dispositive motions.  Plaintiff brought this action under the Freedom of Information Act, 5 U.S.C. §552 ("FOIA"), to challenge Defendant's withholding of an audio recording.  Plaintiffs have chosen to withdraw their due process cause of action (Paragraph 20 of the Complaint).

The parties have conferred and believe that briefing on dispositive motions may assist the Court in resolving the issues presented in Plaintiff's Complaint.  The parties propose the following briefing schedule:

|  |  |
|---|---|
| Opposing Motions | April 23, 3015 |
| Replies | April 30, 2015 |

Additionally, the government respectfully requests that Defendant be relieved from filing an Answer in this case until thirty (30) days from the date this Court rules on the forthcoming dispositive motions, if necessary.

WHEREFORE, the government respectfully requests that the Court approve the suggested briefing schedule and enter the above deadlines.

Respectfully submitted,

_/s/_____

PATRIC HOOPER
HOOPER, LUNDY & BOOKMAN,  P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel    310.551.8165
Fax    310.551.8181
phooper@health-law.com

*Attorney for Plaintiff*

VINCENT H. COHEN, JR.
D.C. Bar No. 471489
Acting United States Attorney

DANIEL F. VANHORN
D.C. Bar No. 924092
Chief, Civil Division

By: *April Denise Seabrook*_____
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
Facsimile: 202-252-2599
Email: April.Seabrook@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ADAM PIKE, et al.,                      )
                                        )
    Plaintiffs,    )
                                        )
    v.             )  Civil Action No. 15-301 (KBJ)
                                        )
U.S. DEPARTMENT OF JUSTICE,             )
                                        )
    Defendants.    )
_____ )

## <u>ORDER</u>

Upon consideration of the parties' Joint Motion to Establish A Briefing Schedule, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the parties' Cross-Motions for Summary Judgment will be due on April 23, 2015;

**ORDERED** that the parties' Reply Motions will be due on April 30, 2015.

**ORDERED** that Defendant's obligation to file an answer should be stayed until resolution of the parties' Cross-Motions for Summary Judgment.

It is SO ORDERED this _____ day of _____, 2015.


_____
KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE