# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM PIKE and BRET M. BERRY,<br><br>   Plaintiffs,<br><br> vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civ. A. No. 15-301 (KBJ) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

  Plaintiffs Adam Pike and Bret M. Berry (collectively "Plaintiffs") respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure requiring Defendant United States Department of Justice ("DOJ") to disclose immediately to them the July 26, 2011 audio recording at issue in this proceeding and a copy of any transcript thereof. Based on the undisputed material facts of this case, Plaintiffs contend DOJ is required to disclose these documents under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a).

  DOJ's refusal to disclose these documents under the exemptions at 5 U.S.C. § 552(b)(7) is not justified because (1) DOJ waived any FOIA exemption due to its previous disclosure and publication of substantial portions of the audio recording; (2) DOJ has failed to assert a legitimate and reasonable basis for claiming that the disclosure of the recording could interfere with an enforcement proceeding; and (3) DOJ has failed to prove that it expressly or impliedly assured the source of the recording confidentiality. To the extent DOJ has assured confidentiality, such confidentiality can be maintained by redacting the identity of the source from the recording and/or any transcript thereof.

  As required by Local Civil Rule 7(h)(1), Plaintiffs' Statement of Facts About Which There is No Genuine Dispute accompanies and supports this motion along with the accompanying memorandum of points and authorities and declaration and exhibit. A proposed order granting the motion for summary judgment accompanies this motion pursuant to Local Civil Rule 7(c). Consulting with opposing counsel is not required pursuant to Local Civil Rule

7(m) because this is a dispositive motion.

DATED: April 23, 2015            Respectfully submitted,
HOOPER, LUNDY & BOOKMAN, P.C.


By:    /s/ Patric Hooper
Patric Hooper (CA Bar No. 57343)*
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Phone:    (310) 551-8111
Fax:       (310) 551-8181
E-Mail:    phooper@health-law.com

Kelly A. Carroll (DC Bar No. 1018485)
401 9th Street, NW, Suite 550
Washington, DC 20004
Phone:    (202) 580-7700
Fax:       (202) 580-7719
E-Mail:    kcarroll@health-law.com

*Counsel for Plaintiffs Adam Pike and Bret M. Berry*

*Admitted Pro Hac Vice*